# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SANDRA JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 09-0019-CG-N |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's memorandum opinion and order on motion for summary judgment entered this date (Doc. 46), it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of defendant, Wal-Mart Stores, Inc., and against plaintiff, Sandra Jackson. Therefore, all plaintiff's claims against said defendant are hereby **DISMISSED WITH PREJUDICE**. Costs shall be taxed against the plaintiff.

**DONE and ORDERED** this the 20th day of January, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE